IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| **SHEILA BERGERON** § | |
| § | |
| **V.** § | **NO. 1:05-CV-454** |
| § | |
| **STATE FARM MUTUAL AUTOMOBILE** § | |
| **INSURANCE COMPANY, MICHAEL** § | |
| **G. MANUEL, and SYDNEY HASTINGS** § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred Plaintiff's Motion to Compel [Doc. #21] to the Honorable Earl S. Hines, United States Magistrate Judge, for a report and recommendation. The court has received and considered the report of the United States magistrate judge, who recommends that the court deny plaintiff's motion to compel as moot.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the 23 day of **February, 2006.**

_____
Thad Heartfield
United States District Judge